**No. 44673.**—Protests 941087–G, etc., of Ampol, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44674.**—Protests 891325–G (C), etc., of Ampol, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358)·it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44675.**—Protests 898919–G, etc., of Wm. Faehndrich, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44676.**—Protests 38128–K, etc., of Tupman Thurlow Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44677.**— Protests 39769–K, etc., of Danish Trading Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44678.**—Protests 900228–G, etc., of E. C. Peta Co. et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

**No. 44679.**—Protest 27416–K of Mason Bros. & Tarlin (Boston).

Opinion by KEEFE, J. On the record presented the protest was overruled.